HONORABLE JAMES L. ROBART

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, GENERAL ELECTRIC CREDIT CORPORATION OF DELAWARE, a Delaware corporation, and GENERAL ELECTRIC CREDIT CORPORATION OF GEORGIA, a Georgia corporation, <br><br>    Plaintiff, <br><br>vs. <br><br>M/V SPIRIT OF GLACIER BAY (EX M/V SPIRIT OF NANTUCKET), Official No. 677685, her gear, furniture, equipment, etc. *in rem*, WEST TRAVEL, INC. d/b/a CRUISE WEST, a Washington Corporation, and RICHARD G. WEST and the marital community of Richard West and Leslie West *in personam* <br><br>    Defendants | IN ADMIRALTY <br><br> CAUSE NO.  C10-1567 JLR <br><br><br> ENTRY OF DEFAULT <br><br><br> NOTE FOR MOTION: <br> DECEMBER 3, 2010 |

    Plaintiffs General Electric Capital Corporation, General Electric Credit Corporation of Delaware and General Electric Credit Corporation of Georgia request that the clerk of court enter default against defendants WEST TRAVEL, INC. d/b/a CRUISE WEST, a Washington Corporation, and RICHARD G. WEST pursuant to

**ENTRY OF DEFAULT - 1**

CAREW LAW OFFICE
5450 California Ave SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388

1  Federal Rule of Civil Procedure 55(a) and Local Rule 55.  It appearing from the

2  record that defendants have failed to appear, plead or otherwise defend, the default

3  of defendants is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

4     Dated this     day of December, 2010

8            William M. McCool, Clerk of Court

10 Presented by:
CAREW LAW OFFICE

11 /s_____
Shane C. Carew
12 WSBA #10988
Attorney for Plaintiffs

25 **ENTRY OF DEFAULT - 2**

CAREW LAW OFFICE
5450 California Ave SW, Suite 101
Seattle, Washington  98136
Telephone: (206) 587-0590
Fax: (206) 587-2388